UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
PATRICIA AKERS,  :  06 CV 350 (ARR)
　:
　　　　　　　Plaintiff,  :  NOT FOR ELECTRONIC
　:  OR PRINT
　-against-  :  PUBLICATION
　:
BROOKDALE UNIVERSITY HOSPITAL AND  :  ORDER
MEDICAL CENTER and 1199 SEIU, NEW YORK  :
HEALTH & HUMAN SERVICE UNION  :
　:
　　　　　　　Defendants.  :
------------------------------------------------------------------ X
ROSS, United States District Judge:

On April 10, 2006, counsel for defendant Brookdale University Hospital filed a letter with the court, requesting a pre-motion conference to discuss his client's intention to file a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff's counsel filed a letter in response on April 12, 2006. In lieu of conducting a pre-motion conference, the court orders the following briefing schedule: Defendant must serve its motion to dismiss and supporting papers on or before May 24, 2006; plaintiff must serve its opposition papers on or before June 14, 2006; and defendant must serve its reply, if any, on or before June 28, 2006.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Allyne R. Ross
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: May 2, 2006
　　　　Brooklyn, New York

1

SERVICE LIST:

<u>Counsel for Plaintiffs</u>
Aaron M. Woskoff, Esq.
201 Moreland Road
Suite 10
Hauppauge, NY 11788


<u>Counsel for Defendant</u>
Celena R. Mayo
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639